**Opinion issued September 24, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00294-CR

———————————

**DIANNA F. QUINN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Court Cause No. 12-277160**

---

## MEMORANDUM OPINION

Appellant, Dianna F. Quinn, has filed a "Motion to Withdraw the Appeal,"

which the Court construes as a motion to dismiss her appeal. The motion is signed

by appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. Although the motion does not contain a certificate of conference, it contains a certificate of service, stating that the motion was served on the State and has been on file with the Court for more than ten days. And the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2); *see also* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).